## CITY OF EL PASO v. EMPIRE–LINK CO.*
(No. 1822.)

(Court of Civil Appeals of Texas. El Paso. Nov. 25, 1925. Rehearing Denied Dec. 3, 1925.)

Appeal from District Court, El Paso County; P. R. Price, Judge.

W. H. Scott, City Atty., and Armstrong & Morrow, all of El Paso, for appellant.

Turney, Burges, Culwell, Holliday & Pollard, of El Paso, for appellee.

HIGGINS, J. This case is companion to No. 1821, City of El Paso v. Two Republics Life Insurance Co., 278 S. W. 231, this day decided.

For the reasons stated in the opinion delivered in that case, the judgment herein is affirmed.

*Writ of error refused January 20, 1926.